Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00756-CV

**SOUTHWEST CONCRETE PRODUCTS, L.P**.,
Appellant/Cross-Appellee

v.

**A. HANSEN MASONRY, INC**.,
Appellee/Cross-Appellant

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-09384
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  December 22, 2010

DISMISSED

The parties have filed an agreed motion to dismiss this appeal, including the cross-appeal.

Therefore, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1),

43.2(f). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM